United States District Court
Southern District of Texas

**ENTERED**
February 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:16-cv-02574 |
|---|---|---|---|
| | Paree La'Tiejira | | |
| | *versus* | | |
| | Facebook, Inc., et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ryan Spear<br>Perkins Coie LLP<br>1201 Third Avenue, Ste. 4900<br>Seattle, WA 98101<br>206.359.8000/rspear@perkinscoie.com<br>Washington Bar No. 39974 |
|---|---|

| Name of party applicant seeks to appear for: | Facebook, Inc. and Mark Zuckerberg |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

Dated: 2/14/17     Signed: [signature]

The Washington state bar reports that the applicant's status is: in Good Standing, Active

Dated: 2/17/2017     Clerk's signature: [signature]

### Order

This lawyer is admitted *pro hac vice*.

Dated: February 21st, 2017     _____
                                United States District Judge