PERKINSCOIe

500 North Akard Street
Suite 3300
Dallas, TX 75201-3347

T. +1.214.965.7700
F. +1.214.965.7799
PerkinsCoie.com

June 8, 2017

Hayden M. Schottlaender
HSchottlaender@perkinscoie.com
D. +1.214.965.7724
F. +1.214.965.7774

**FILED VIA ECF**

The Honorable Melinda Harmon
U.S. District Judge
United States District Court for the Southern District of Texas
Houston Division
Courtroom 9C, 9th Floor
515 Rusk Avenue
Houston, Texas  77002

> **Re:** *Paree La'Tiejira v. Facebook and Mark Zuckerberg*, **Civil Action No. 4:16-cv-02574 (S.D. Tex.)**

To The Honorable Court,

On May 5, 2017, defendants Facebook, Inc. and Mark Zuckerberg (collectively, the "Facebook Defendants") filed a motion to dismiss plaintiff's claims under § 27.003 of the Texas Citizens Participation Act ("TCPA"). *See* Dkt. 32 ("TCPA Motion"). Section 27.004 of the TCPA provides, in relevant part:

> (a) A hearing on a motion under Section 27.003 must be set not later than the 60th day after the date of service of the motion unless the docket conditions of the court require a later hearing, upon a showing of good cause, or by agreement of the parties, but in no event shall the hearing occur more than 90 days after service of the motion under Section 27.003 . . . .

> (b) In the event that the court cannot hold a hearing in the time required by Subsection (a), the court may take judicial notice that the court's docket conditions required a hearing at a later date, but in no event shall the hearing occur more than 90 days after service of the motion under Section 27.003 . . . .

Accordingly, Facebook respectfully requests that the Court set a hearing on Facebook's TCPA Motion as provided by § 27.004 of the TCPA.

135861670.1
Perkins Coie LLP

The Honorable Melinda Harmon
June 8, 2017
Page 2

Very truly yours,

Hayden M. Schottlaender

HMS

135861670.1
Perkins Coie LLP

## CERTIFICATE OF SERVICE

    I certify on this 8th day of June 2017 that the foregoing was served on all parties through the court's electronic filing system.

_____
Hayden M. Schottlaender