UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAREE LA'TIEJIRA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-2574 |
| | § | |
| FACEBOOK, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER

Pending before the Court in the above referenced case *inter alia* are Facebook, Inc.'s and Mark Zuckerberg's motion to dismiss Plaintiff Paree La'Tiejiera's First Amended Complaint under Texas Practice & Remedies Code § 27.003, the Texas Citizens Participation Act ("TCPA") (instrument #32). Under § 27.004(a) of the TCPA, "A hearing on a motion under Section 27.003 must be set no later than the 60th day after the date of service of the motion unless the docket conditions of the court require a later hearing, upon a showing of good cause, or by agreement of the parties, but in no even shall the hearing occur more than 90 days after service of the motion under Section 27.003 . . . ." The motion here was served on May 4, 2017. Accordingly, the Court

ORDERS that the parties shall appear for a hearing on the motion in Courtroom 9C on June 28, 2017 at 10:00 a.m.

SIGNED at Houston, Texas, this 14th day of June, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE