```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF TEXAS
            HOUSTON DIVISION
```

United States District Court
Southern District of Texas
**ENTERED**
July 20, 2017
David J. Bradley, Clerk

PAREE LA'TIEJIRA, §
§
    Plaintiff, §
§
VS. §   Civ. A. H-16-2574
§
FACEBOOK, INC., MARK §
ZUCKERBERG, KYLE ANDERS AND §
FICTITIOUS DEFENDANTS A,B,C, §
§
    Defendants. §

## OPINION AND ORDER

Pending before the Court in the above referenced case, grounded in diversity jurisdiction, is *inter alia* Defendants Facebook, Inc.'s and Mark Zuckerberg's motion to dismiss Plaintiff Paree La'Tiejira's First Amended Complaint under § 27.003 of the Texas Citizens Participation Act ("TCPA")(instrument #32).

Section 27.004 of the TCPA states, "A hearing on a motion under Section 27.003 must be set not later than the 60th day after the date of service of the motion unless the docket conditions of the court require a later hearing, upon a showing of good cause, or by agreement of the parties, but in no event shall the hearing occur more than 90 days after service of the motion under Section 27.003. The motion to dismiss was served on May 5, 2017. Due to a family emergency, the Court has been unable to set the required hearing until now. Accordingly, the Court

ORDERS that the parties shall appear for a hearing on the motion to dismiss on August 2, 2017 at 10:00 a.m. in Courtroom 9C.

**SIGNED** at Houston, Texas, this __20__ day of July, 2017.

                              MELINDA HARMON
                        UNITED STATES DISTRICT JUDGE